JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI GHAZARYAN, an individual, | **CASE NO.: 2:16-cv-09052 RGK (MRWx)** |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| DISCOVER BANK, NATIONAL ASSOCIATION; TRANS UNION, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that this entire case is now dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: August 28, 2017     By: _/s/ Gary Klausner_
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE